FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 28 P 3:20

LORETTA G. WHYTE

USA NO. 2000Z0005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| **DEBORAH ONEAL** | * | SECTION: "G" (4) |
| | * * * | |

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Deborah Oneal due to her failure to plead or otherwise defend as set forth below.

1. On March 2, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY

MAR 2 9 2000

Accordingly, a default should be entered against Deborah Oneal due to her failure to plead or otherwise defend.

                                        Respectfully submitted,

                                        EDDIE J. JORDAN, JR.
                                      UNITED STATES ATTORNEY

                                      ENEID A. FRANCIS
                                      Assistant United States Attorney
                                      Bar Roll No. 5816
                                      Hale Boggs Federal Building
                                      501 Magazine Street, 2nd Floor
                                      New Orleans, Louisiana 70130
                                      Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| **DEBORAH ONEAL** | * | SECTION: "G" (4) |
| | * * * | |

### O R D E R

IT IS HEREBY ORDERED that a default be entered against Deborah Oneal to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 29th day of March, 2000.

LORETTA G. WHYTE, CLERK
CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk