U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 29 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| **DEBORAH ONEAL** | * | SECTION: "G" (4) |

\* \* \*

## JUDGMENT

Defendant, Deborah Oneal, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Deborah Oneal according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Deborah Oneal in the sum of $35,202.50, plus interest accruing on the principal amount at the rate of 9 percent annum or the daily rate of $5.92 from December 1, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 29th day of March, 2000.

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk

DATE OF ENTRY
MAR 2 9 2000