AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | **BILL OF COSTS** |
| V. | | |
| DEBORAH ONEAL | | Case Number: 00-0255 "G" (4) |

*U.S. DISTRICT COURT EASTERN DISTRICT OF LA*
*2000 APR -3 A 11: 26*
*LORETTA G. WHYTE*
*CLERK*

Judgment having been entered in the above entitled action on  March 29, 2000  against  DEBORAH ONEAL ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 106.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20.00 |
| **TOTAL** | **$ 276.80** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:    DEBORAH ONEAL

Signature of Attorney: _[signature]_

Name of Attorney: ENEID A. FRANCIS, ASSISTANT U S. ATTORNEY, CHIEF, CIVIL DIVISION

For:    UNITED STATES OF AMERICA                    Date: April 3, 2000
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time    Date and Time: April 12, 2000 3:30pm

Costs are taxed in the amount of  $ 276.80  and included in the judgment.

_[signature: Loretta G. Whyte]_                                                                4/14/00
Clerk of Court                                                                                   Date

DATE OF ENTRY
By: Deputy Clerk
APR 14 2000

Fee _____
Process _____
X Dkt'd _____
CrRmDep _____
Doc No. 7