```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2001 MAY 16  PM 3:21

                                  LORETTA G. WHYTE
                                         CLERK
```

USA No. 2000Z00005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| **DEBORAH ONEAL** | * | SECTION: "G" |
| | * * * | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Deborah Oneal, Social Security Number 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, whose last known address is 265 Cross Gates Blvd., Slidell, LA 70461, in the above-captioned action in the amount of $35,906.53, plus interest from date of judgment until paid. The sum of $60.00 has been credited to the judgment debt, leaving a total balance due of $38,601.30, as of May 8, 2001.

Plaintiff further requests that it be allowed to recover as part of its garnishment, a surcharge of 10 percent of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3001(a).

DATE OF ENTRY

JUN 1 3 2001

Demand for payment of the above-stated debt was made upon Deborah Oneal more than 30 days before April 16, 2001, but Deborah Oneal has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Deborah Oneal, or is in possession of property of Deborah Oneal, in which Deborah Oneal has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agents:

    SmithKline Beecham
    1250 S. Collegeville Road
    Collegeville, PA  19426

                              Respectfully submitted,

                              JIM LETTEN
                              UNITED STATES ATTORNEY

                              _____
                              ENEID A. FRANCIS
                              Assistant United States Attorney
                              Bar Roll No. 5816
                              501 Magazine Street
                              Hale Boggs Federal Building
                              New Orleans, Louisiana  70130
                              Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| **DEBORAH ONEAL** | * | SECTION: "G" |

\* \* \*

### O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Deborah Oneal;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Smithkline Beecham be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this 11th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE