USAO No. 2000Z00005

```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

                2001 AUG -3 PM 1:34

                  LORETTA G. WHYTE
                       CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| DEBORAH ONEAL | * | SECTION: "G" |

\* \* \*

## ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:

A.  IF GARNISHEE IS AN INDIVIDUAL:

That the debtor is Garnishee herein doing business in the name of _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That the debtor is a member _____ a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That the debtor is the _____ of Garnishee,

*GLAXO SMITHKLINE BEECHAM*
*PAYROLL DEPT - FP0820* corporation, organized under the laws of the
*P.O. BOX 7929*
State *PHILADELPHIA, PA 19101* .

B.  On  7/27/01 , 2001, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1.  Defendant was in my/our employ. ✓ Yes \_\_\_\_ No

2.  Pay period is \_\_\_ weekly, ✓ bi-weekly, \_\_\_ semi-monthly, \_\_\_ monthly.

- 1 -

The pay period in effect on the Order and Writ of Garnishment were served began on __July 16, 2001__.

3. Enter amount of net wages. Calculate below:
   (a) Gross Pay $ __2,096.60__
   (b) Federal income tax $ __214.01__
   (c) F.I.C.A. income tax $ __186.24__
   (d) State income tax $ __68.40__
   (e) Total of tax withholdings $ __468.65__

   Net Wages           $ __1627.95__
   (a less e)

4. Have there been previous garnishments which are presently in effect.

   ____ Yes       __✓__ No

   If the answer is yes, describe below.

   _____
   _____
   _____
   _____
   _____

- 2 -

C.  Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |



N/A

D.  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ 1627.95 | 8/17/01 |
| 2. | $ | 8/31/01 |
| 3. | $ | 9/14/01 |
| 4. | $ | 9/28/01 |



E.  Check the applicable line below, if you deny that you hold property subject to this order of garnishment.



✓     Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____
_____
_____

OR

_____     Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

_____

_____

_____

_____   Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F.  Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130, and a copy of this answer by first-class mail to (1) Deborah Oneal, at 265 Cross Gates Blvd., Slidell, LA 70461  and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130.

*GLAXO SMITHKLINE BEECHAM PAYROLL DEPT - FP0820 P.O. BOX 929 PHILADELPHIA, PA 19101*
_____
GARNISHEE

Subscribed and sworn to before me this

_____ day of _____ 20___.

_____
Notary Public

My commission expires: _____

- 4 -