

```
                               FILED
                         U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA

                         2001 AUG -7 AM 9: 37

                          LORETTA G. WHYTE
                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| DEBORAH ONEAL | * | SECTION: "G" |

\*   \*   \*

CERTIFICATION OF SERVICE
OF DOCUMENTS ON JUDGMENT DEBTOR

The United States of America hereby certifies that a copy of the Writ of Garnishment and the Clerk's Notice of Garnishment were served by certified mail on Deborah Oneal, judgment-debtor, at the judgment-debtor's last known address. Service was also made upon the Garnishee.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*Alice W. Jefferson*
Alice W. Jefferson
Financial Litigation Agent
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3058