FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL -9 AM 11: 23

LORETTA G. WHYTE
CLERK

USA No. 2000Z00005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| DEBORAH ONEAL | * | SECTION: "G" |

\* \* \*

### MOTION TO DISMISS APPLICATION FOR WRIT OF GARNISHMENT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves to dismiss the Application for Writ of Garnishment. The United States voluntarily dismisses the garnishment against Deborah Oneal because Deborah Oneal is no longer employed by Garnishee, Smithkline Beecham.

DATE OF ENTRY
JUL 18 2002



Therefore, Smithkline Beecham, garnishee, is released from any further responsibility on the writ of garnishment.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the following individuals listed below by first-class mail, postage prepaid this 9th day of July, 2002.

Deborah Oneal
265 Cross Gates Blvd.
Slidell, LA  70461

Smithkline Beecham
1250 S. Collegeville Road
Collegevill, PA  19426

_____
Eneid A. Francis
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0255 |
| DEBORAH ONEAL | * | SECTION: "G" |
| * * * | | |

### O R D E R

Considering the foregoing Motion,

IT IS HEREBY ORDERED that the Writ of Garnishment is entered in this case is dismissed.

New Orleans, Louisiana, this 16th day of July, 2002.

_____
UNITED STATES MAGISTRATE JUDGE