

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2002 OCT 24  PM 4: 05

    LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**October 23, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0255 |
| DEBORAH ONEAL | * | SECTION: "G" |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Eneid A. Francis, Assistant United States Attorney for the Government

Deborah Oneal, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Oneal was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Alice Jefferson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 2 5 2002

___ Fee ___
___ Process ___
X   Dktd
___ CtRmDep
___ Doc. No. 16