



**MINUTE ENTRY**
**MOORE, M.J.**
**June 11, 2003**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0255** |
| **DEBORAH O'NEAL** | * | **SECTION: "G"** |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE:  Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

      Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Ms. O'Neal, but will try at a later date. Ms. Jefferson indicated that the judgment debtor motion set for hearing before the Magistrate Judge on June 11, 2003, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JUN 1 1 2003

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___